**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID DEON TIGER, ADC #146435                                             PLAINTIFF

v.                                              No. 4:17CV00508-JLH-JTK

ARAMARK, et al.                                                          DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Aramark and the Pulaski County Detention Facility are dismissed from this action, with prejudice.

IT IS SO ORDERED this 14th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1