# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID DEON TIGER,     PLAINTIFF
ADC #146435

v.     4:17CV00508-JLH-JTK

ARAMARK, et al.     DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Document #83. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED, and plaintiff's complaint against defendants is DISMISSED with prejudice. Document #79.

2. Plaintiff's Motion for Summary Judgment is DENIED. Document #82.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE