# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID DEON TIGER,                                                  PLAINTIFF
ADC #146435

v.                      4:17CV00508-JLH-JTK

ARAMARK, et al.                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE